THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Dupree R.
 Evans, Appellant.
 
 
 
 
 

Appeal From Horry County
Edward B. Cottingham, Circuit Court Judge

Unpublished Opinion No. 2010-UP-142
 Submitted January 4, 2010  Filed February
24, 2010    

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Donald J. Zelenka, Office of the Attorney General, all of Columbia; Solicitor John
 Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Dupree Evans appeals his conviction for
 murder.  On appeal, Evans argues the
 trial court erred in admitting portions of testimony from Victim's father
 regarding prior difficulties he and Victim had with Evans because (1) Father's
 testimony related only to bad blood between Father and Evans, not Victim and
 Evans, and (2) the testimony was so excessive, detailed and repetitive that its
 prejudicial value outweighed any probative value.  After a thorough review of
 appellant's pro se brief, the record, and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss Evans' appeal and grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
WILLIAMS,
 PIEPER, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.